EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re: | 2004 TSPR 127 |
| Conferencia Judicial de Puerto Rico | 162 DPR _____ |

Número del Caso: EC-2004-3

Fecha: 22 de julio de 2004

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

ESTADO LIBRE ASOCIADO DE PUERTO RICO
TRIBUNAL SUPREMO DE PUERTO RICO


In Re:                                          Comité Asesor
                                                Permanente de
                                                Igualdad y
                                                Género:
        Conferencia Judicial                    Agradecimiento
        de Puerto Rico                          por la labor
                                    EC-2004-03   realizada;
                                                designación de
                                                nueva Presidenta
                                                y autorización d
                                                nueva composició
                                                del Comité


Sala de Verano integrada por la Jueza Presidente señora
Naveira Merly y los Jueces Asociados señores Hernández
Denton y Fuster Berlingeri

RESOLUCIÓN


En San Juan, Puerto Rico, a 22 de julio de
2004.

El 15 de noviembre de 1996, mediante Orden,
creamos el Comité Asesor Permanente de Igualdad y
Género, adscrito al Secretariado de la Conferencia
Judicial. Le asignamos entonces la encomienda de
considerar y revisar las recomendaciones del
Informe de la Comisión Judicial Especial que
estudió el discrimen por razón de género en los
tribunales, para recomendar a este Tribunal las
medidas que fueran necesarias para eliminar y
prevenir el discrimen por razón de género.

El 18 de abril de 1997, mediante Resolución,
designamos a los integrantes del Comité y a su
Presidenta.

En descargo de la encomienda que
efectuáramos, el Comité de Igualdad y Género
identificó aquellas recomendaciones de la Comisión
Judicial Especial que atañen al Poder Judicial en
su función de administrar justicia y aquéllas
relacionadas a la administración de los tribunales

y su sistema de personal. Cada recomendación identificada fue estructurada en un proyecto individual con objetivos concretos, especificándose además los mecanismos o estrategias para lograrlos, los recursos humanos, físicos y fiscales necesarios para su implementación y las personas claves que debían colaborar para lograr el objetivo definido. Los proyectos así formulados fueron sometidos a la consideración del entonces Juez Presidente Hon. José Andréu García quien ordenó que fueran implantados en tres fases consecutivas.

Por consiguiente, damos por concluidas las gestiones que fueran encomendadas a los miembros del Comité de Igualdad y Género designados mediante la Resolución 18 de abril de 1997. El Tribunal le agradece a la Presidenta saliente del Comité, Hon. Olivette Sagebien Raffo y a todas y todos los integrantes del mismo su encomiable y dedicada labor.

Habiéndose completado la formulación de proyectos específicos para eliminar y prevenir el discrimen por razón de género en los tribunales, ahora es necesario que el Comité de Igualdad y Género concentre su esfuerzo en dar seguimiento a los proyectos formulados, hasta su completa realización. El Comité de Igualdad y Género deberá diseñar además un mecanismo para evaluar si la implantación de los proyectos ha logrado erradicar o, por lo menos, disminuir significativamente el discrimen por razón de género en la Rama Judicial.

A ese fin, designamos a la Jueza Asociada del Tribunal Supremo, Hon. Liana Fiol Matta, Presidenta del Comité de Igualdad y Género y le delegamos el supervisar la implantación e institucionalización de los proyectos que fueran previamente aprobados. La Jueza Fiol Matta podrá recomendarle al Tribunal las personas que formarán parte del Comité de Igualdad y Género en esta etapa.

Lo acordó el Tribunal y lo certifica la Secretaria del Tribunal Supremo.


                                    Patricia Otón Olivieri
                                    Secretaria del Tribunal Supremo